**REDACTED COPY**

**SEALED**

**FILED** 2010 JAN 20 P 3:46

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. SA10CR0057FB |
| Plaintiff, ) | |
| ) | **INDICTMENT** |
| VS. ) | |
| ) | [Violations: 18 U.S.C. §472, |
| ALBERT MARTIN GOMEZ, JR. (1), and ) | Possession and/or Uttering of |
| ██████████████████████████ ) | Counterfeit Obligations - |
| ) | Counts 1 - 3.] |
| Defendants. ) | |

THE GRAND JURY CHARGES:

**COUNT ONE**
[18 U.S.C. §472]

On or about October 19, 2009, in the Western District of Texas, the Defendant,

**ALBERT MARTIN GOMEZ, JR.,**

with intent to defraud, did pass, utter, publish, and attempt to pass, utter, and publish, falsely made, forged, counterfeited, and altered obligations and other securities of the United States; to wit: a Federal Reserve Note in the denomination of one hundred ($100) dollars, bearing Serial No. HB20230866F, which he then knew to be falsely made, forged, and counterfeited.

All in violation of Title 18 U.S.C. §472.

**COUNT TWO**
[18 U.S.C. §472]

On or about October 21, 2009, in the Western District of Texas, the Defendant,

**ALBERT MARTIN GOMEZ, JR.,**

with intent to defraud, kept in possession and concealed falsely made, forged, counterfeited, and altered obligations and other securities of the United States; to wit: two Federal Reserve Notes in

the denomination of one hundred ($100) dollars, bearing Serial Nos. HF95670671B and CE40128308A, which he then knew to be falsely made, forged, and counterfeited.

All in violation of Title 18 U.S.C. §472.

### COUNT THREE
### [18 U.S.C. §472]

On or about August 2, 2009, in the Western District of Texas, the Defendant, ███████, with intent to defraud, did pass, utter, publish, and attempt to pass, utter, and publish, falsely made, forged, counterfeited, and altered obligations and other securities of the United States; to wit: two Federal Reserve Notes in the denomination of one hundred ($100) dollars, bearing Serial Nos. CB60733676F and DL43425165A, which she then knew to be falsely made, forged, and counterfeited.

All in violation of Title 18 U.S.C. §472.

### NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
[Title 18 U.S.C. § 472 and subject to forfeiture pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 492, made applicable to criminal forfeiture pursuant to Title 28 U.S.C. § 2461]

As a result of the foregoing criminal violations as set forth in Counts One, Two and Three, which are punishable by imprisonment for more than one year, DEFENDANTS ALBERT MARTIN GOMEZ, JR. and ███████, shall forfeit to the United States any and all right, title and interest in the below described personal properties, pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 492, made applicable to criminal forfeiture pursuant to Title 28 U.S.C. § 2461, which states the following:

**Title 18 U.S.C. § 492**
All counterfeits of any coins or obligations or other securities of the United States or of any foreign government, or any articles, devices, and other things made, possessed, or used in violation of this chapter ... or any material or apparatus used or fitted or intended to be used, in the making of such counterfeits, articles, devices or things, found in the possession of any person without authority from the Secretary of the Treasury or other proper officer, shall be forfeited to the United States.

This Notice of Demand for Forfeiture includes but is not limited to the following property:

a. Federal Reserve Note in the denomination of one hundred ($100) dollars, bearing Serial No. HB20230866F;

b. Federal Reserve Note in the denomination of one hundred ($100) dollars, bearing Serial No. HF95670671B;

c. Federal Reserve Note in the denomination of one hundred ($100) dollars, bearing Serial No. CE40128308A;

d. Federal Reserve Note in the denomination of one hundred ($100) dollars, bearing Serial No. CB60733676F;

e. Federal Reserve Note in the denomination of one hundred ($100) dollars, bearing Serial No. DL43425165A;

f. One Gateway Laptop Computer, bearing Serial No. N1B86R1021956; and

g. One HP Photosmart C4640 Printer, Serial Number CN98KM2.

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

JOHN E. MURPHY
UNITED STATES ATTORNEY

By: *[signature]*
BETTINA J. RICHARDSON
Assistant United States Attorney